

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2022

No. 04-22-00553-CV

**IN RE** Sterling **DE LOS SANTOS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Rebeca C. Martinez, Chief Justice
                 Irene Rios, Justice
                 Lori I. Valenzuela, Justice

On August 30, 2022, relator filed a petition for writ of mandamus complaining that the trial court abused its discretion by granting real party in interest's writ of habeas corpus. On October 3, 2022, we abated this original proceeding and ordered relator to file either an order from a hearing occurring on October 3, 2022 (the "October 3 hearing"), a transcript of the October 3 hearing, or the appropriate motion to dismiss this mandamus proceeding no later than 15 days after the October 3 hearing. Relator has not filed an order or transcript from the October 3 hearing. Likewise, relator has not filed an appropriate motion to dismiss.

We **ORDER** relator to file, **on or before October 25, 2022**, an order from the October 3 hearing, a transcript from the October 3 hearing, or the appropriate motion to dismiss this mandamus proceeding. If relator fails to comply with this order, this matter may be dismissed without prejudice. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 138 (Tex. 2004) (orig. proceeding). If relator cannot obtain an order from the October 3 hearing, a transcript from the October 3 hearing, or otherwise comply with this order, relator must file an advisory to this court, **on or before October 24, 2022**, detailing the reasons it cannot obtain the order or transcript.

The abatement ordered on October 3, 2022, is **LIFTED**.

It is so **ORDERED** on October 20, 2022.

---

[1] This proceeding arises out of Cause No. 2022CI15379, styled *In the Interest of K.L.N., a Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.

PER CURIAM

ATTESTED TO: *Michael A. Cruz*
MICHAEL A. CRUZ,
CLERK OF COURT

